| | |
|---|---|
| ALAN S. PETLAK (SBN 179362)<br>petlaka@ballardspahr.com<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 800<br>Los Angeles, California 90067-2909<br>Telephone: 424.204.4320<br>Facsimile: 424.204.4350<br><br>DAVID H. PITTINSKY (SBN 91432)<br>pittinskyd@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: 215.665.8500<br>Facsimile: 215.864.8999<br><br>BETH MOSKOW-SCHNOLL (SBN 2900)<br>(Admitted Pro Hac Vice)<br>moskowb@ballardspahr.com<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Telephone: 302.252.4465<br>Facsimile: 302.252.4466 | Priority _____<br>Send _____<br>Enter _____<br>Closed _____<br>JS-5/JS-6 ✓<br>JS-2/JS-3 _____<br>Scan Only _____ |

Attorneys for Plaintiff Chase Bank USA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE BANK USA, N.A.,<br><br>        Plaintiff,<br><br>    v.<br><br>GEMMA ATIGA AGUSTINES,<br><br>        Defendant. | CASE NO. CV 11-3665 RGK (PJWx)<br><br>[PROPOSED] JUDGMENT<br><br>Date: Monday, March 5, 2012<br>Time: 9:00 a.m.<br>Courtroom: 850 |

      This matter came before the Court on Plaintiff's Application for Entry of Default Judgment By Court. Having considered the pleadings and accompanying declarations and memorandum submitted in support of the Application,

      IT IS HEREBY ORDERED AND ADJUDGED that:

---

1     Plaintiffs' Application for Entry of Default Judgment against Defendant Gemma Atiga Agustines is GRANTED.

    Pursuant to the grant of default judgment,

    IT IS FURTHER HEREBY ORDERED AND ADJUDGED THAT:

1. Defendant is not entitled to arbitrate the claims contained in her Demand for Arbitration or any other claims she may have arising out of or based upon her Cardmember Agreement with Chase;

2. Chase never received a proper written notice of billing error complying with the Fair Credit Billing Act; and

3. Absent proper written notice, Chase had no obligations under the Fair Credit Billing Act to perform any of the actions enumerated § 1666(a).

Plaintiffs shall recover from Defendants costs in this action in the amount of $ to be determined by application to the Clerk of the Court.

DATED: 03.06.2012

By: /s/ Gary Klausner
Honorable R. Gary Klausner
U.S. District Court Judge

---

2

[PROPOSED] JUDGMENT